Filed 4/5/21  In re B.D. CA2/6

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION SIX

| | |
|---|---|
| In re B.D., a Person Coming Under the Juvenile Court Law. | 2d Juv. No. B306538 (Super. Ct. No. PJ51987) (Los Angeles County) |
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>B.D.,<br><br>    Defendant and Appellant. | |

In 2016, B.D., a juvenile, admitted to assault with force likely to produce great bodily injury.  (Pen. Code, § 245, subd. (a)(4).)[1]  He was placed on probation.  His maximum term of confinement was four years.

In 2018, B.D. admitted to assault with force likely to produce great bodily injury.  (§ 245, subd. (a)(4).)  He was

---

[1] All statutory references are to the Penal Code.

committed to a long-term camp. His maximum term of confinement was five years.

In 2020, B.D. admitted to a probation violation, failure to obey all laws and instructions of a probation officer. He was committed to the Division of Juvenile Justice (DJJ). His maximum term of confinement was five years. The DJJ rejected him from that program and he was ordered to serve 45 days in county jail.

B.D. filed a timely notice of appeal.

We appointed counsel to represent B.D. in this appeal. After examining the record, he filed a brief raising no issues.

On January 5, 2021, we advised B.D. by mail that he had 30 days within which to personally submit any contentions or issues that he wished to raise on appeal. We received no reply.

We have reviewed the entire record and are satisfied that B.D.'s attorney has fully complied with his responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment is affirmed.

NOT TO BE PUBLISHED.


GILBERT, P. J.

We concur:


PERREN, J.


TANGEMAN, J.

Fred J. Fujioka, Judge

Superior Court County of Los Angeles

_____

Steven A. Torres, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.